UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPHINE DEANGELIS,<br>    Plaintiff<br><br>v.<br><br><br>FAMILY DOLLAR STORES OF<br>MASSACHUSETTS, LLC,<br>    Defendant | CIVIL ACTION NO. 1:17-CV-11370-PBS |

**JOINT MOTION TO CONTINUE TRIAL DATE**

The Parties hereby move for an order continuing the trial date set to commence on December 3, 2018. As grounds for their motion, the Parties state that a continuation is warranted because the undersigned Defense Counsel is set to commence trial for another matter at the Middlesex Superior Court on the same date, December 3, 2018. The Parties originally proposed December 10, 2018 as trial date, however, the Parties understand that the Court is unavailable. As such, the Parties move for an order to continue the trial date to January 14, 2019.

The Parties hereby submit the following:

1. On June 4, 2018, the Parties submitted a Proposed Scheduling Order setting the trial date on December 10, 2018. *See* Docket #33.

2. On June 8, 2018, the Court granted the Parties' Proposed Scheduling Order. *See* Docket #35.

3. On June 11, 2018, the trial date was reset to December 3, 2018 due to another trial commencing on December 10, 2018 before the Court. *See* Docket #36.

4. The undersigned Defense Counsel is set to commence trial for a matter at the Middlesex Superior Court, *Michael Lappi et al. v. First Student, Inc., et al.*, on

*[handwritten annotation in left margin: 7/30/18 allowed PauYS Seny]*

1